UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEOPLEGURU, INC.,

    Plaintiff,

v.                                                  Case No. 8:23-cv-1313-CPT

MEDICINE MAN TECHNOLOGIES, INC.,

    Defendant.
_____/

# **O R D E R**

      Before the Court are Plaintiff PeopleGuru, Inc.'s and Defendant Medicine Man Technologies, Inc. d/b/a Schwazze's competing motions for summary judgment. (Docs. 32, 41). After careful review, the parties' motions are denied. The parties' submissions do not provide sufficient clarity regarding the contours of the relevant evidence and legal arguments at issue. Furthermore, as best the Court can discern at this juncture, there appear to be material issues of fact concerning the broad relief the parties seek. Nothing in this Order, however, shall be construed as intimating how the Court might rule on the challenged contractual language.

SO ORDERED in Tampa, Florida, this 30th day of September 2024.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record